United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN GILNER,

    Appellant,

  v.

LINDA LICALSI, et al.,

    Appellees

                                            /

No. C-07-0960 MMC

**ORDER CONTINUING STATUS CONFERENCE TO JUNE 15, 2007; DIRECTING APPELLANT TO FILE STATUS CONFERENCE STATEMENT NO LATER THAN JUNE 8, 2007**

      Before the Court is the parties' stipulation, filed May 18, 2007, to continue the status conference currently scheduled for May 25, 2007, in light of the unavailability of appellees' counsel on May 25, 2007.

      Good cause appearing, the conference is CONTINUED to June 15, 2007.[1]

      As noted in the Notice of Filing of Bankruptcy Appeal and Order Setting Status Conference, filed February 15, 2007, the status conference "will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue." To date, the Clerk of the Bankruptcy Court has not forwarded to the District Court the record on appeal, nor has appellant provided this Court with any information with respect to the

---

[1] The parties had requested a continuance to June 8, 2007. The next available date, however, is June 15, 2007.

record on appeal.

    Accordingly, appellant is hereby ORDERED to file, no later than June 8, 2007, a status statement detailing all the efforts she has made to designate the record. See, e.g., Fed. R. Bankr. P. 8006 (providing appellant must designate record ten court days after filing notice of appeal). If appellant fails to make a sufficient showing as to her diligence, either in her statement and/or at the status conference, the Court may dismiss the above-titled appeal for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 21, 2007

MAXINE M. CHESNEY
United States District Judge