IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN GILNER, | No. C-07-0960 MMC |
| Appellant, | **ORDER DIRECTING APPELLANT TO SHOW CAUSE WHY APPEAL SHOULD NOT BE DISMISSED** |
| v. | |
| LINDA LICALSI, et al., | |
| Appellees / | |

By order filed July 3, 2007, the Court ordered appellant Susan Gilner to file, no later than August 3, 2007, an opening brief in the above-titled bankruptcy appeal, as well as the Record on Appeal. To date, appellant has neither filed an opening brief nor the Record on Appeal.

Accordingly, appellant shall show cause in writing, no later than August 22, 2007, why the instant appeal should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 10, 2007

MAXINE M. CHESNEY
United States District Judge